UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRITTANY MAY, individually, and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>vs.<br><br>FIVE GUYS ENTERPRISES, LLC,<br><br>                      Defendant.<br><br>*Related Cases*<br><br>No. 1:23-cv-00034 (E.D. Va.)<br><br>ERIKA RANCK, individually, and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>vs.<br><br>FIVE GUYS ENTERPRISES, LLC,<br><br>                      Defendant.<br><br>No. 1:23-cv-00040 (E.D. Va.)<br><br>LAUREN TURNER, individually, and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>vs.<br><br>FIVE GUYS ENTERPRISES, LLC,<br><br>                      Defendant.<br><br>No. 1:23-cv-00103 (E.D. Va.)<br><br>STEPHEN THOMAS, individually, and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>vs.<br><br>FIVE GUYS ENTERPRISES, LLC,<br><br>                      Defendant. | Civil Action No. 1:23-cv-00029 (CMH/JFA)<br><br>**ORDER ON JOINT MOTION FOR ORDER GRANTING CONSOLIDATION AND SETTING DEADLINES FOR PLAINTIFFS TO FILE CONSOLIDATED COMPLAINT AND FOR DEFENDANT'S RESPONSE THERETO** |

The Court, having considered the parties' filings, and the relevant legal authorities, **GRANTS** Plaintiffs' Joint Motion as follows:

1. The actions *May v. Five Guys Enterprises, LLC* (Eastern District of Virginia, Case No. 1:22-cv-00029) ("May"), *Ranck v. Five Guys Enterprises, LLC* (Eastern District of Virginia, Case No. 1:22-cv-00034) ("Ranck"), *Turner v. Five Guys Enterprises, LLC* (Eastern District of Virginia, Case No. 1:22-cv-00040) ("Turner"), and *Thomas v. Five Guys Enterprises, LLC* (Eastern District of Virginia, Case No. 1:22-cv-00103) ("Thomas"), shall be consolidated under the *May* case number;

2. Defendant's deadlines to respond to the pending four separate complaints in the May, Ranck, Turner, and Thomas actions are stayed in light of the consolidation of these matters and the forthcoming consolidated complaint; and

3. Plaintiffs shall file their consolidated complaint on or before July 11, 2023, and Defendant shall file its response thereto on or before August 8, 2023.

**IT IS SO ORDERED.**

/s/ Claude M. Hilton
Claude M. Hilton
United States District Judge

Dated: April __13__, 2023
Alexandria, Virginia