**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| Brittany May, on behalf of herself and all others similarly situated<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Five Guys Enterprises, LLC,<br><br>　　　Defendant. | LEAD<br>Case No. 1:23-cv-00029-CMH-JFA |

### Defendant's Unopposed Motion for a 60-Day Extension on the Responsive Pleading Deadline Pending Finalization of Settlement

Pursuant to Local Civil Rule 7, Defendant Five Guys Enterprises, LLC moves for a 60-day extension of Defendant's responsive pleading deadline from August 8, 2023, to and including October 9, 2023, pending settlement of the case. In support thereof, Defendant states as follows:

1. This is the lead case in a consolidated proceeding of four putative class actions involving allegations of a data breach. *See May v. Five Guys Enterprises, LLC*, Case No. 1:22-cv-00029 (E.D. Va.); *Ranck v. Five Guys Enterprises, LLC*, Case No. 1:22-cv-00034 (E.D. Va.); *Turner v. Five Guys Enterprises, LLC*, Case No. 1:22-cv-00040 (E.D. Va.); *Thomas v. Five Guys Enterprises, LLC*, Case No. 1:22-cv-00103 (E.D. Va.).

2. The parties have been diligently working to settle these cases, and as of July 27, 2023, the parties signed a settlement terms sheet.

3. Defendant's responsive pleading deadline is August 8, 2023.

4. Because the parties are diligently working to prepare the final signed settlement agreement and a motion for preliminary approval of the proposed class settlement, Defendant respectfully requests a 60-day extension on its responsive pleading deadline, which would move its deadline from August 8, 2023, to and including October 9, 2023.

5. There is good cause for granting this extension because, in light of the signed settlement terms sheet, this extension on Defendants' responsive pleading deadline would conserve judicial resources, conserve party resources, and enable the settlement efforts to proceed efficiently towards a full and final resolution of these cases.

6. Counsel for Defendant has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this motion.

7. Pursuant to the guidance provided in the "Alexandria Chambers Copy and Other Division-Specific Information," Defendant waives a hearing on this motion.

8. A proposed order is attached to this motion.

***

Defendant respectfully requests that the Court grant this motion for a 60-day extension and that Defendant's responsive pleading deadline be reset from August 8, 2023, to and including October 9, 2023.

Dated: July 28, 2023

*/s/ Elizabeth A. Scully*
ELIZABETH A. SCULLY (VSB No. 65920)
RENEE M. KNUDSEN (VSB No. 90846)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 861-1500
escully@bakerlaw.com
rknudsen@bakerlaw.com

*Counsel for Five Guys Enterprises, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                               */s/ Elizabeth A. Scully*
                                               ELIZABETH A. SCULLY (VSB No. 65920)
                                               BAKER & HOSTETLER LLP
                                               Washington Square, Suite 1100
                                               1050 Connecticut Ave., N.W.
                                               Washington, D.C. 20036
                                               (202) 861-1500
                                               escully@bakerlaw.com

                                               *Counsel for Five Guys Enterprises, LLC*