UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Brittany May, on behalf of herself and all others similarly situated<br><br>　　Plaintiff,<br><br>　　v.<br><br>Five Guys Enterprises, LLC,<br><br>　　Defendant. | LEAD<br>Case No. 1:23-cv-00029-CMH-JFA |

[~~PROPOSED~~] ORDER

This matter comes before the Court on Defendant's Unopposed Motion for a 60-Day Extension on the Responsive Pleading Deadline Pending Finalization of Settlement. Having considered the motion and the record in this case, it is hereby

ORDERED that the Defendant's Motion is GRANTED.

IT IS SO ORDERED.

Dated: July 28, 2023

　　　　　　　　　　　　　　　　　　　　／s／ JFA
　　　　　　　　　　　　　　　　　　　John F. Anderson
　　　　　　　　　　　　　　　　　United States Magistrate Judge