## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| Brittany May, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>Five Guys Enterprises, LLC,<br><br>    Defendant. | LEAD<br>Case No. 1:23-cv-00029-CMH-JFA |

**Parties' Joint Motion to Stay Proceedings Pending Submission and Consideration of Plaintiffs' Anticipated Motion for Preliminary Approval of a Class Action Settlement**

Pursuant to Local Civil Rule 7, Federal Rule of Civil Procedure 1 and this Court's inherent authority to efficiently manage this litigation, Defendant Five Guys Enterprises, LLC and Plaintiffs Brittany May, Erika Ranck, Lauren Turner, and Stephen Thomas (together the "Parties") jointly move this Court to stay proceedings in the above-captioned action pending submission and consideration of the Plaintiffs' anticipated Motion for Preliminary Approval of a Class Action Settlement. In support thereof, the Parties state as follows:

    1.    This is the lead case in a consolidated proceeding of four class actions involving allegations of a data breach. *See May v. Five Guys Enterprises, LLC*, Case No. 1:22-cv-00029 (E.D. Va.); *Ranck v. Five Guys Enterprises, LLC*, Case No. 1:22-cv-00034 (E.D. Va.); *Turner v. Five Guys Enterprises, LLC*, Case No. 1:22-cv-00040 (E.D. Va.); *Thomas v. Five Guys Enterprises, LLC*, Case No. 1:22-cv-00103 (E.D. Va.).

    2.    The deadline for Defendants to respond to the Consolidated Complaint is October 10, 2023.

    3.    The parties have been diligently working to settle these cases, and as of July 27, 2023, the parties signed a settlement term sheet after engaging in a private mediation.

4. The Parties have been making substantial progress regarding the preparation of a finalized settlement agreement resolving these consolidated cases. Because the Parties anticipate that a final settlement agreement will be signed and the Plaintiffs will be filing a Motion for Preliminary Approval of a Class Action Settlement within the next thirty days, the Parties respectfully requests the Court stay proceedings in the above-captioned action pending submission and consideration of the Plaintiffs' anticipated Motion for Preliminary Approval of a Class Action Settlement.

5. "[A] District Court has broad discretion to stay proceedings." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (*citing Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). "The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis*, 299 U.S. at 254l; *see also Williford v. Armstrong World Indus., Inc.*, 715 F.2d 124, 127 (4th Cir. 1983) (describing "the inherent power in courts under their general equity powers and in the efficient management of their dockets to grant [a stay]").

6. When considering a motion to stay, a court considers three factors: "(1) the interests of judicial economy; (2) hardship and equity to the moving party if the action is not stayed; [and] (3) potential prejudice to the non-moving party." *Sehler v. Prospect Mortg.*, LLC, 2013 WL 5184216, at *2 (E.D. Va. Sept. 16, 2013) (internal quotation marks omitted). In general, the decision of whether to stay a case "lies within the sound discretion" of the court. *See Fisher v. United States*, 2013 WL 6074076, at *4 (E.D. Va. Nov. 18, 2013).

7. In this case, the factors articulated in *Sehler* weigh in favor of a stay. There is good cause for granting this extension because, in light of the signed settlement term sheet, a stay of the

case would conserve judicial and party resources and enable the settlement efforts to proceed efficiently towards a full and final resolution of these cases.

8.  Good cause also exists because this motion is submitted jointly by the Parties.

9.  Pursuant to the guidance provided in the "Alexandria Chambers Copy and Other Division-Specific Information," the parties waive a hearing on this motion.

10. A proposed order is attached to this motion.

***

For the foregoing reasons, the Parties, through the undersigned counsel, hereby respectfully request that the Court stay proceedings in the above-captioned action pending submission and consideration of the Plaintiffs' anticipated Motion for Preliminary Approval of a Class Action Settlement, and order that all pending deadlines, including the Defendant's deadline to respond to the Consolidated Complaint, should be terminated pending further order of the Court.

Dated: October 4, 2023

| | |
|---|---|
| By: /s/ Ryan D. Maxey<br>*(by E. Scully with consent)*<br>RYAN D. MAXEY (pro hac)<br>**MAXEY LAW FIRM, P. A.**<br>107 N. 11th St.  #402<br>Tampa, Florida 33602<br>(813) 448-1125<br>ryan@maxeyfirm.com<br>*Attorneys for Plaintiff May* | By:  /s/ Elizabeth A. Scully<br>ELIZABETH A. SCULLY (VSB No. 65920)<br>**BAKER & HOSTETLER LLP**<br>1050 Connecticut Ave., N.W., Suite 1100<br>Washington, D.C. 20036<br>(202) 861-1698<br>escully@bakerlaw.com<br>*Attorneys for Defendant* |

By:  /s/David K. Lietz
*(by E. Scully with consent)*
DAVID K. LIETZ (pro hac)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Ave., NW, Suite 440
Washington, D.C. 20015
Phone: 866.252.0878
dlietz@milberg.com
*Attorneys for Plaintiff Ranck*

By: _/s/ M. Anderson Berry_
_(by E. Scully with consent)_
M. ANDERSON BERRY (pro hac)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com
*Attorneys for Plaintiff Turner*


By: _Laura Van Note_
_(by E. Scully with consent)_
LAURA VAN NOTE (pro hac)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: lvn@colevannote.com
*Attorneys for Plaintiff Thomas*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

          */s/ Elizabeth A. Scully*
          ELIZABETH A. SCULLY (VSB No. 65920)
          BAKER & HOSTETLER LLP
          Washington Square, Suite 1100
          1050 Connecticut Ave., N.W.
          Washington, D.C. 20036
          (202) 861-1500
          escully@bakerlaw.com

          *Counsel for Five Guys Enterprises, LLC*