UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Brittany May, on behalf of herself and all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>Five Guys Enterprises, LLC,<br><br>　　Defendant. | LEAD<br>Case No. 1:23-cv-00029-CMH-JFA |

## ORDER

For the reasons and authorities cited in the Parties' Joint Motion to stay the action pending submission and consideration of Plaintiffs' anticipated Motion for Preliminary Approval of a Class Action Settlement, the Court hereby GRANTS the Parties' Motion.

It is ORDERED that the above-captioned action is STAYED pending the submission and this Court's consideration of Plaintiff's anticipated Motion for Preliminary Approval of a Class Action Settlement and all pending deadlines, including the Defendant's deadline to respond to the Consolidated Class Action Complaint, should be terminated pending further order of the Court.

Entered this 5th day of October, 2023.

Alexandria, Virginia

　　　　　　　　　　　　　　　　　　　　　　CLAUDE M. HILTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge