**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| BRITTANY MAY, ERIKA RANCK, LAUREN TURNER, and STEPHEN THOMAS, on behalf of themselves and all others similarly situated, | Case No.: 1:23-cv-00029 |
| Plaintiffs, | |
| v. | |
| FIVE GUYS ENTERPRISES, LLC, | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiffs move for entry of an order granting final approval of this proposed class action settlement and certifying the settlement class. For the reasons set forth below, Plaintiffs respectfully request that the Court, after the final approval hearing scheduled for July 12, 2024, grant this motion, grant Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award to Plaintiffs, and enter a final judgment dismissing this case.   This Motion is supported by the Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Certification of Settlement Class; Declaration of Sara Rugg of Angeion Group Regarding Settlement Administration (Exhibit 1 to the Memorandum); the Declaration of Co-Class Counsel Ryan D. Maxey in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement

and Certification of Settlement Class (Exhibit 2 to the Memorandum), and all files, records, and proceedings in this matter.

Date: June 22, 2024

Respectfully submitted,

*/s/ Steven T. Webster*
Steven T. Webster (VSB No. 31975)
**WEBSTER BOOK LLP**
300 N. Washington St., Suite 404
Alexandria, VA 22314
(888) 987-9991 (phone and fax)
*swebster@websterbook.com*

Patrick A. Barthle (*pro hac vice*)
**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
*pbarthle@ForThePeople.com*

Ryan D. Maxey (*pro hac vice*)
**MAXEY LAW FIRM, P.A.**
107 N. 11th St. #402
Tampa, Florida 33602
(813) 448-1125
*ryan@maxeyfirm.com*

*Attorneys for Plaintiff May and the Proposed Class*

Raina Borrelli (*pro hac vice*)
**TURKE & STRAUSS, LLP**
613 Williamson Street #201
Madison, WI 53703
Tel: (608) 237-1775
*Raina@turkestrauss.com*

David K. Lietz (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, DC 20015

Phone: 866.252.0878
*dlietz@milberg.com*

*Attorneys for Plaintiff Ranck and the*
*Proposed Class*

M. Anderson Berry (*pro hac vice*)
Gregory Haroutunian (*pro hac vice*)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
*aberry@justice4you.com*
*gharoutunian@justice4you.com*

Rachele R. Byrd (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Tel: (619) 239-4599 / Fax: (619) 234-4599
*byrd@whafh.com*

*Attorneys for Plaintiff Turner and the*
*Proposed Class*

Laura Van Note, Esq. (*pro hac vice*
application forthcoming)
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: *lvn@colevannote.com*

*Attorneys for Plaintiff Thomas and the*
*Proposed Class*

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

<u>*/s/ Steven T. Webster*</u>
Steven T. Webster (VSB No. 31975)
Webster Book LLP