# CIVIL MOTION MINUTES

Date: 07/12/24                                             Judge: Hilton
                                                           Reporter:  J. Egal

Time: 11:02am – 11:12am

Civil Action Number:  1:23cv29

 Brittany May, Erika Rank, Lauren Turner, & Stephen Thomas, on behalf of themselves & all others similarly situated
vs.
 Five Guys Enterprises, LLC

Appearances of Counsel for          (X) Pltf          (X) Deft

Motion to/for:
#24 Plaintiffs Motion for Attorney Fees, Reimbursement of Expenses, & Service Award to Plaintiffs
#27 Plaintiffs Motion for Final Approval of Class Action Settlement & Certification of Settlement Class


Argued &
(X) Granted     (  ) Denied (  ) Granted in part/Denied in part
(  )Held in Abeyance ( ) Taken Under Advisement   (  ) Continued to (  ) Overruled




(  ) Memorandum Opinion to Follow

(X)   Order to follow